CARTERET ACADEMY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued May 26, 1927—Decided October 17, 1927.

For the appellant, *McCarter & English*.

For the respondents, *Charles E. Cook* and *William A. Calhoun*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For reversal*—None.